**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

EB-5 UNITED ROCKIES REGIONAL CENTER, LLC,

**Plaintiff,**

**v.**

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et als.*,

**Defendants.**

**Civil No.** 25-1658 (FAB)

**JUDGMENT**

In accordance with the order entered today (Docket No. 19), this case is **DISMISSED without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 12, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE